Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| LARRY E. WHITE, II | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 1:19-cv-00500 |
| v. | |
| CSX TRANSPORTATION, INC. ET AL | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that the defendant, CSX Transportation, Inc., was not negligent on March 9, 2018.

| | |
|---|---|
| Date: July 30, 2024 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/Tatiana<br>     Deputy Clerk |